# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re: Michael Pechac, Sharmaine Pechac, Debtors | Case No. 13-53048<br>Judge: HOFFMAN<br>Chapter: 13 |

## NOTICE OF CHANGE OF ADDRESS

NAME OF PARTY TO BE CHANGED:   Debtors;   Michael Pechac
                                          Sharmaine Pechac

FORMER ADDRESS:   7482 Old River Dr.
                  Blacklick, OH 43004

NEW ADDRESS:   3236 S. Southern Oaks Dr.
               Bloomington, IL 47401

DATE: Tuesday, August 18, 2015     */s/ Michael A. Cox*
                                    Michael A. Cox (0075218)
                                    Attorney for Debtor
                                    Guerrieri & Cox
                                    2500 North High Street, Ste. 100
                                    Columbus, OH 43202
                                    (614) 267-2871

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the above Notice of Change of Address is served via ECF to the U.S. Trustee on Tuesday, August 18, 2015.

>    */s/ Michael A. Cox*
>    Michael A. Cox (0075218)
>    Attorney for Debtor