**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | * | Case No. <u>13-53048</u> |
| Michael Pechac | | |
| | * | Judge:  <u>HOFFMAN</u> |
| Sharmaine Pechac | | |
| Debtors | * | Chapter:   13 |

**NOTICE OF CHANGE OF ADDRESS**

NAME OF PARTY TO BE CHANGED:     Debtors

FORMER ADDRESS:                          3236 S. Southern Oaks Dr.
                                                    Bloomington, IL 47401

NEW ADDRESS:                              3236 S. Southern Oaks Dr.
                                                    Bloomington, IN 47401


Respectfully submitted,

*/s/ Michael A. Cox*
Michael A. Cox (0075218)
Attorney for the debtors
Guerrieri, Cox & Associates
2500 North High Street, Ste. 100
Columbus, OH 43202
Phone: (614) 267-2871
Fax: (614) 267-2873
coxecf@columbusdebtrelief.com

**CERTIFICATE OF SERVICE**

        The undersigned certifies that a true copy of the above Notice of Change of Address was served upon the following parties in interest on November 9, 2017:

All ECF participants registered in this case were served electronically on the date of filing through the court's ECF System at the email address registered with the court.


Served via U.S. Mail:

Michael Pechac
Sharmaine Pechac
3236 S. Southern Oaks Dr.
Bloomington, IN 47401

                                          */s/ Michael A. Cox*
                                          Michael A. Cox (0075218)
                                          Attorney for Debtors